1  Steven A. Alpert, NV #8353
2  **PRICE LAW GROUP, APC**
   5940 S. Rainbow Blvd., Suite 3014
3  Las Vegas, NV 89118
4  Phone: (702) 794-2008
   alpert@pricelawgroup.com
5  *Attorneys for Plaintiff*
6  *Henry Holmes*

7                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
8

9  HENRY HOLMES,                          Case No.: 2:21-cv-00446-JAD-NJK
10         Plaintiff,
                                          **MOTION FOR LEAVE TO FILE**
11     v.                                 **SECOND AMENDED COMPLAINT**
12  USAA SAVINGS BANK,
13
           Defendant.
14

15

16      Plaintiff Henry Holmes, by and through the undersigned counsel, respectfully
17
   moves for leave to amend Plaintiff's First Amended Complaint. [Doc. # 4].
18
        Plaintiff's Second Amended Complaint, filed concurrently herewith as an
19
20 exhibit (Exhibit A), adds: 1) USAA Federal Savings Bank ("USAA FSB") as a new
21
   party; 2) facts concerning USAA FSB's relationship with Defendant USAA Savings
22
23 Bank; and 3) facts relating to both entities' responsibility for actions pursuant to the
24
   Telephone Consumer Protection Act.  Pursuant to LRCiv 15.1, the text to be deleted
25
26 has been struck through and the text to be added has been underlined in the attached
27 exhibit.
28

It is anticipated that this Motion will not be opposed because Defendant USAA Savings Bank has not yet been served. If the Court allows the filing of the Second Amended Complaint, it is Plaintiff's intention to promptly serve both USAA Savings Bank and USAA FSB with the Second Amended Complaint.

RESPECTFULLY SUBMITTED,

DATED: May 20, 2021

By: */s/ Steven A. Alpert*
Steven A. Alpert, NV #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, NV 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff*
*Henry Holmes*

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Lia Ruggeri*