1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

9  HENRY HOLMES,                    Case No.: 2:21-cv-00446-JAD-NJK

10          Plaintiff,

11      v.                          **[PROPOSED] ORDER GRANTING
                                    PLAINTIFF'S MOTION FOR
                                    LEAVE TO FILE SECOND
                                    AMENDED COMPLAINT**

12  USAA SAVINGS BANK,

13          Defendant.

14

15      This matter came before the Court on Plaintiff's Motion for Leave to File

16

17  Second Amended Complaint. The Court, having considered the Motion, finds as

18  follows,

19
        IT IS THEREFORE ORDERED, that Plaintiff file the Second Amended
20

21  Complaint within 14 days of this order.

22

23

24  Dated: _____          _____

25                                    Honorable Jennifer A. Dorsey
                                      United States District Judge
26

27

28

- 1 -