# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:21–cv–00446–JAD–NJK

| | |
|---|---|
| Holmes v. USAA Savings Bank | Date Filed: 03/18/2021 |
| Assigned to: Judge Jennifer A. Dorsey | Jury Demand: Both |
| Referred to: Magistrate Judge Nancy J. Koppe | Nature of Suit: 485 Telephone Consumer Protection Act (TCPA) |
| Cause: 47:227 Restrictions of Use of Telephone Equipment | Jurisdiction: Federal Question |

**Plaintiff**

**Henry Holmes**   represented by   **Michael Joseph Plati**
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ –––
818–600–5561
Fax: 818–600–5461
Email: plati@pricelawgroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven A Alpert**
Price Law Group, APC
5940 S. Rainbow Blvd.
Suite 3014
Las Vegas, NV 89118
702–794–2008
Fax: 866–401–1457
Email: alpert@pricelawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USAA Savings Bank**   represented by   **Robert W Freeman , Jr.**
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
702–893–3383
Fax: 702–893–3789
Email: robert.freeman@lewisbrisbois.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Priscilla Louise O'Briant**
Lewis Brisbois Bigaard & Smith, LLB
6385 S. Rainbow Boulevard, Ste. 600
Las Vegas, NV 89118
702–893–3383
Fax: 702–893–3789
Email: priscilla.obriant@lewisbrisbois.com

ATTORNEY TO BE NOTICED

**Defendant**

| | | |
|---|---|---|
| **USAA Federal Savings Bank** | represented by | **Robert W Freeman , Jr.** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Allyson Rae–Ann Cady** <br> Benesch Friedlander Coplan & Aronoff LLP <br> 200 Public Square <br> Suite 2300 <br> Cleveland, OH 44114 <br> 216–363–4500 <br> Fax: 216–363–4588 <br> Email: acady@beneschlaw.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Priscilla Louise O'Briant** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2021 | Ï 1 | COMPLAINT against USAA Savings Bank (Filing fee $402 receipt number 0978–6410477) by Henry Holmes. Proof of service due by 6/16/2021. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (Alpert, Steven) <br><br> NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1–1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 03/18/2021) |
| 03/18/2021 | Ï 2 | CERTIFICATE of Interested Parties by Henry Holmes. There are no known interested parties other than those participating in the case (Alpert, Steven) (Entered: 03/18/2021) |
| 03/18/2021 | Ï | Case randomly assigned to Judge Jennifer A. Dorsey and Magistrate Judge Nancy J. Koppe. (JQC) (Entered: 03/18/2021) |
| 03/18/2021 | Ï 3 | Summons Issued as to USAA Savings Bank. (JQC) (Entered: 03/18/2021) |
| 04/28/2021 | Ï 4 | First AMENDED COMPLAINT with Jury Demand against USAA Savings Bank by Henry Holmes. No changes to parties. (Alpert, Steven) (Entered: 04/28/2021) |
| 05/20/2021 | Ï 5 | MOTION for Leave to File *Second Amended Complaint* by Plaintiff Henry Holmes. (Attachments: # 1 Exhibit A – Proposed Second Amended Complaint, # 2 Proposed Order) (Alpert, Steven) (Entered: 05/20/2021) |
| 05/24/2021 | Ï 6 | ORDER Denying without prejudice 5 Motion for Leave to File Second Amended Complaint. Signed by Magistrate Judge Nancy J. Koppe on 5/24/2021. (Copies have been distributed pursuant to the NEF – MR) (Entered: 05/24/2021) |
| 06/03/2021 | Ï 7 | Second MOTION for Leave to File *Second Amended Complaint* by Plaintiff Henry Holmes. (Attachments: # 1 Exhibit A – Proposed Second Amended Complaint, # 2 Proposed Order) (Alpert, Steven) (Entered: 06/03/2021) |

| | | |
|---|---|---|
| 06/16/2021 | ï 8 | SUMMONS Returned Executed by Henry Holmes. USAA Savings Bank served on 6/15/2021. (Alpert, Steven) (Entered: 06/16/2021) |
| 06/28/2021 | ï 9 | ORDER Granting 7 Motion for Leave to File Second Amended Complaint. Signed by Magistrate Judge Nancy J. Koppe on 6/28/2021. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 06/28/2021) |
| 06/28/2021 | ï 10 | Second AMENDED COMPLAINT with Jury Demand against USAA Savings Bank, USAA Federal Savings Bank by Henry Holmes. Adds new parties. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons) (Alpert, Steven) (Entered: 06/28/2021) |
| 07/06/2021 | ï 11 | Summons Issued as to USAA Federal Savings Bank, USAA Savings Bank. (JQC) (Entered: 07/06/2021) |
| 07/15/2021 | ï 12 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Michael J. Plati and DESIGNATION of Local Counsel Steven A. Alpert (Filing fee $ 250 receipt number 0978−6559248) by Plaintiff Henry Holmes. (Alpert, Steven) (Entered: 07/15/2021) |
| 07/16/2021 | ï 13 | ORDER Granting 12 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Michael J. Plati for Henry Holmes and approving Designation of Local Counsel Steven A Alpert. Signed by Judge Jennifer A. Dorsey on 7/16/2021.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – JQC) (Entered: 07/16/2021) |
| 08/02/2021 | ï 14 | MOTION to Dismiss 1 Complaint, by Defendants USAA Federal Savings Bank, USAA Savings Bank. Responses due by 8/16/2021. Discovery Plan/Scheduling Order due by 9/16/2021. (Attachments: # 1 Declaration Deneen) (O'Briant, Priscilla)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1−1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 08/02/2021) |
| 08/02/2021 | ï 15 | CERTIFICATE of Interested Parties by USAA Federal Savings Bank, USAA Savings Bank that identifies all parties that have an interest in the outcome of this case. Corporate Parent USAA, Other Affiliate USAA Savings Bank, Other Affiliate USAA CAPCO for USAA Savings Bank; Corporate Parent USAA CAPITOL CORPORATION, Other Affiliate USAA CAPCO, Other Affiliate USAA FSB for USAA Federal Savings Bank added. (O'Briant, Priscilla) (Entered: 08/02/2021) |
| 08/16/2021 | ï 16 | RESPONSE to 14 Motion to Dismiss,, by Plaintiff Henry Holmes. Replies due by 8/23/2021. (Plati, Michael) (Entered: 08/16/2021) |
| 08/23/2021 | ï 17 | REPLY to Response to 14 Motion to Dismiss,, by Defendants USAA Federal Savings Bank, USAA Savings Bank. (O'Briant, Priscilla) (Entered: 08/23/2021) |
| 08/30/2021 | ï 18 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Allyson R. Cady and DESIGNATION of Local Counsel Priscilla L. O'Briant (Filing fee $ 250 receipt number 0978−6614395) by Defendant USAA Federal Savings Bank. (O'Briant, Priscilla) (Entered: 08/30/2021) |
| 08/30/2021 | ï 19 | Stipulated Discovery Plan and Scheduling Order by Plaintiff Henry Holmes. (Plati, Michael) (Entered: 08/30/2021) |
| 08/31/2021 | ï 20 | SCHEDULING ORDER Granting in part and denying in part 19 Discovery Plan and Scheduling Order. Discovery due by 2/28/2022. Motions due by 3/30/2022. Proposed Joint Pretrial Order due by 4/29/2022. Signed by Magistrate Judge Nancy J. Koppe on 8/31/2021.(Copies have been |

| | | |
|---|---|---|
| | | distributed pursuant to the NEF – JQC) (Entered: 08/31/2021) |
| 08/31/2021 | 21 | NOTICE PURSUANT TO LOCAL RULE IB 2–2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference – Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website – www.nvd.uscourts.gov. **AO 85 Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. (A copy of form AO 85 has been mailed to parties not receiving electronic service.) **(no image attached)** (JQC) (Entered: 08/31/2021) |
| 09/01/2021 | 22 | ORDER Granting 18 Verified Petition for Permission to Practice Pro Hac Vice Allyson R. Cady and approving Designation of Local Counsel Priscilla Louise O'Briant. Signed by Judge Jennifer A. Dorsey on 9/1/2021.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – JQC) (Entered: 09/01/2021) |
| 12/14/2021 | 23 | STIPULATED PROTECTIVE ORDER by Plaintiff Henry Holmes. (Plati, Michael) (Entered: 12/14/2021) |
| 12/14/2021 | 24 | PROTECTIVE ORDER Granting 23 Stipulated Protective Order. Signed by Magistrate Judge Nancy J. Koppe on 12/14/2021. (Copies have been distributed pursuant to the NEF – JQC) Modified text on 12/15/2021 (MR). (Entered: 12/15/2021) |
| 12/14/2021 | 25 | ORDER. IT IS ORDERED that counsel shall comply with the requirements of Local Rule IA 10–5, the Ninth Circuits decision in Kamakana, 447 F.3d 1172, and the procedures outlined above, with respect to any documents filed under seal. Signed by Magistrate Judge Nancy J. Koppe on 12/14/2021. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 12/15/2021) |
| 12/20/2021 | 26 | ORDER. IT IS ORDERED that 14 the defendants motion to dismiss is DENIED as moot. Signed by Judge Jennifer A. Dorsey on 12/20/2021. (Copies have been distributed pursuant to the NEF – JQC) (Entered: 12/21/2021) |