# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| HENRY HOLMES,<br><br>    Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK; and USAA FEDERAL SAVINGS BANK,<br><br>    Defendants. | Case No.: 5:21-cv-01267-FB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Henry Holmes and Defendants USAA Savings Bank and USAA Federal Savings Bank have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter, as to Defendants USAA Savings Bank and USAA Federal Savings Bank.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| DATED:03/30/2022 | *By: /s/Michael J. Plati*<br>Michael J. Plati<br>(Admitted *pro hac vice*)<br>Bar Number: AZ #016705<br>**PRICE LAW GROUP, APC**<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>Telephone: (818) 600-5561<br>Facsimile: (818) 600-5461<br>Email: plati@pricelawgroup.com |

Lisbeth Findsen, TX #24002679<br>
**PRICE LAW GROUP, APC**<br>
8245 N 85th Way<br>
Scottsdale AZ 85258<br>
P: (818) 600-5575<br>
F: (818) 600-5475<br>
E: beth@pricelawgroup.com<br>

*Attorneys for Plaintiff*<br>
*Henry Holmes*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Elika Ruintan*