UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HENRY HOLMES,<br><br>          Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK; and USAA FEDERAL SAVINGS BANK,<br><br>          Defendants. | Case No.: 5:21-cv-01267-FB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Henry Holmes and Defendants USAA Savings Bank and USAA Federal Savings Bank, by and through undersigned counsel, hereby stipulate that all claims against USAA Savings Bank and USAA Federal Savings Bank shall be DISMISSED WITH PREJUDICE.

No claims remain pending in the matter.

| | |
|---|---|
| */s/Michael J. Plati*<br>Michael J. Plati, admitted *pro hac vice*<br>Bar Number: AZ #016705<br>**PRICE LAW GROUP, APC**<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>Telephone: (818) 600-5561<br>Facsimile: (818) 600-5461<br>Email: plati@pricelawgroup.com<br><br>Lisbeth Findsen, TX #24002679<br>**PRICE LAW GROUP, APC**<br>8245 N 85th Way<br>Scottsdale AZ 85258<br>P: (818) 600-5575<br>F: (818) 600-5475<br>E: beth@pricelawgroup.com<br><br>*Attorneys for Plaintiff*<br>*Henry Holmes* | */s/ David M. Krueger*<br>David M. Krueger (0085072)<br>**BENESCH, FRIEDLANDER, COPLAN,**<br>**& ARONOFF LLP**<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114-2378<br>Telephone: 216-363-4500<br>Facsimile: 216-363-4588<br>Email: drueger@beneschlaw.com<br><br>*Attorney for Defendants*<br>*USAA Savings Bank and USAA Federal*<br>*Savings Bank* |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

      PRICE LAW GROUP, APC

      */s/Michael J. Plati*
      Michael J. Plati, admitted *pro hac vice*
      Bar Number: AZ #016705
      **PRICE LAW GROUP, APC**
      8245 N. 85th Way
      Scottsdale, AZ 85258
      Telephone: (818) 600-5561
      Facsimile: (818) 600-5461
      Email: plati@pricelawgroup.com